# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GAYL THERESE PAYTON** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 21-0859** |
| **GARY W. BIZAL** | **SECTION: "H" (1)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that the lawsuit is **DISMISSED** for lack of subject-matter jurisdiction and without prejudice to any right Ms. Payton may have to file her complaint in state court.

**IT IS FURTHER ORDERED** that Ms. Payton's Motion for Leave to Amend (Rec. Doc. 7) is **DENIED** as futile.

New Orleans, Louisiana, this 15th day of November, 2021.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE